**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: July 22, 2009**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

In re:                                              :
                                                    :   CASE NO. 08-60360
Toia Ocansey                                        :   Chapter 13 – Judge Preston
                                                    :
          Debtor.                                   :

### AGREED ORDER ON DEBTORS' OBJECTION TO
### CLAIM NO. 12 OF OHIO DEPARTMENT OF TAXATION

This matter is before the Court on Debtors' Objection to Claim 12 of Ohio Department of Taxation and the Ohio Department of Taxation's Response.  The parties having reached an agreement as to all issues raised in the Objection and Response, it is hereby ORDERED:

That Claim 12 of the Ohio Department of Taxation be allowed as a priority claim pursuant to 11 U.S.C. 507(a)(8)(A)(i) in the amount of $2,274.31 and a general unsecured claim in the amount of $414.33.

Agreed to:

| | |
|---|---|
| /s/ Brian M. Gianangeli | /s/ Steven D. Sundberg |
| Charles A. Mifsud (0070498) | Steven D. Sundberg (0070792) |
| Special Counsel to the Ohio Attorney General | SUNDBERG LAW OFFICES |
| Brian M. Gianangeli (0072028) | 51 N. High St., Ste. 741 |
| THE LAW OFFICE OF | Columbus, OH 43215 |
| CHARLES MIFSUD, LLC | Phone – (614) 227-9410 |
| 326 South High Street Annex, Suite 201 | Fax (614) 227-9412 |
| Columbus, Ohio   43215 | Attorneys for Debtor |
| Phone – (614) 224-8313 | |
| Fax – (614) 224-9986 | |
| Attorneys for The Ohio Department of Taxation | |

cc:     Brian M. Gianangeli, 326 South High Street Annex, Suite 201, Columbus, OH 43215
        Steven D. Sundberg, 51 N. High St., Ste. 741, Columbus, OH 43215
        Frank M. Pees, 130 East Wilson Bridge Road, Suite 200, Worthington, OH 43085
        U.S. Trustee, 170 North High Street, Columbus, OH 43215
        Toia Ocansey, 108 Fox Glen Dr. E., Pickerington, OH 43147

# # #